UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

A&S KIDS CORPORATION,

        Plaintiff,

-against-

VALERIA a/k/a VALERIA OF PARIS and
MADEMOISELLE VALERIA ATTINELLI,

        Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV-2391 (JG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.

★ JUN - 8 2007 ★

P.M. _____
TIME A.M. _____

An Order of Honorable John Gleeson, United States District Judge, having been filed on June 7, 2007, dismissing the action for want of prosecution pursuant to the Court's Order of April 30, 2007; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the action is dismissed for want of prosecution pursuant to the Court's Order of April 30, 2007.

Dated: Brooklyn, New York
      June 08, 2007

Robert C. Heinemann
Clerk of Court

By:   s/Terry Vaughn
     Terry Vaughn
     Chief Deputy of
     Court Operations